IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA FITZSIMMONS,

      Plaintiff,

v.                                          CV No. 20-226 GJF/CG

STEWART INDUSTRIES
INTERNATIONAL ROSWELL, LLC.,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Court's *Order to Show Cause* (the "Order"), (Doc. 3), filed May 28, 2020, and Plaintiff's *Response to the Court's Order to Show Cause* (the "Response"), (Doc. 4), filed June 15, 2020. The Court, having reviewed Plaintiff's Response, finds the Response is well-taken and the *Order to Show Cause* is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE